# EXHIBIT 1

**EXHIBIT**

**DR-4**

ALL-STATE LEGAL®

# STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## DUE PROCESS HEARING REQUEST

- This form may be used to give notice to the District of Columbia Public School and / or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to their child.

- Notice must be sent to Student Hearing Office of the District of Columbia, 825 North Capital Street, NE, 8th Floor, Washington, and DC 20002. Fax number (202) 442-5556.

Federal law requires that when a parent or representative request mediation, it shall be offered to the parties at no cost. Mediation may be beneficial in your case. Please indicate your decision:

I REQUEST MEDIATION ____ I REQUEST MEDIATION AND A HEARING _[ X] REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION / DUE PROCESS HEARING IS REQUESTED

| | |
|---|---|
| Student Name: <br> DeAngela Robinson | Present School of Attendance: <br> Meridian Public Charter School |
| Date of Birth: <br> February 3, 1996 | Home School: <br> Meridian Public Charter School |
| Address: <br> 2620 13th Street NW #B-10 <br> Washington, D.C. 20009 | |

ENTITY AGAINST WHICH COMPLAINT IS MADE: District of Columbia Public Schools
_____

DCPS and/or D.C. Charter School
(Meridian Public Charter School)

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: _____ Selina Wilson _____

Address: _____ 2620 13th Street NW #B-10,  Washington, D.C. 20009 _____

Phone: (H) (202)462-8562   (W)_____   (F) _____

Relationship to Student:   _X__ Parent _____ Self _____ Legal Guardian _____ Parent Surrogate _____ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE  (if applicable)

Name: ___ Roberta L. Gambale, Esq. _____

Address: 1220 L Street, NW, Suite 700     Washington, DC 20005 _____

Phone: (W) 202-742-2000 _____  (F) 202-742-2098 _____

1.  Please indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if requested) and three (3) dates within the next thirty-five (35) days when you, your representative and witnesses are available for the hearing (if requested). Every effort will be made to accommodate your availability to the extent possible.

Hearing:                                                  Mediation:

    1) January 7, 2002 _____         1) _____

    2) January 8, 2002 _____         2) _____

    3) January 9, 2002 _____         3) _____

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION / HEARING

2.  Special Accommodation Requests for Mediation / Due Process Hearing (please be specific)

    • Interpreter

        __ Foreign Language ( _____ )

        __ Sign Language ( _____ )

        __ Other ( _____ )

    • Special Communication ( _____ )

    • Special Accommodation for Disability ( _____ )

    • Other ( _____ )

1.  In accordance with the Individuals with Disabilities Act (IDEA), please answer below:

**Describe the nature of the problem.**

1. On November 8, 2001 a written request for the records of the student was made to Meridian Public Charter School pursuant to 34 C.F.R. 300.562. See attached CB-1. Despite the fact that under the statute DCPS is required to provide records "without unnecessary delay.....and in no case more than 45 days", to date no records have been received.

**Describe issues to be addressed at the mediation and / or hearing.**

1. Whether DCPS violated 34 C.F.R. Sec.300.562 when it failed to comply with the request for records in a timely manner?

**Describe relevant facts relating to the problem.**

See section under nature of the problem.

**How would you like to see the problem corrected?**

1.      DCPS shall provide copies of all records for the student within ten (10) calendar days.

2.      DCPS shall send all correspondence, records and notices of meeting through counsel for the parent, Roberta L. Gambale, via facsimile (202)742-2098 with copies to the parent by no later than five (5) working days prior to convening any meetings.

_____     December 26,  2001
Signature of Applicant/Parent                                        Date

**MAIL, FAX OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**825 North Capital Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number (202) 442-5556**

| For Office Use Only: | |
|---|---|
| Case Number: _____ | Date of Received: _____ |
| Student ID#: _____ | Attorney Assigned: _____ |
| H/M Schedule: _____ | Special Education Record Received: _____ |

```
**********************
***   TX REPORT   ***
**********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0894 |
| CONNECTION TEL | 92024425556 |
| CONNECTION ID | |
| ST. TIME | 12/26 11:19 |
| USAGE T | 02'17 |
| PGS. SENT | 10 |
| RESULT | OK |

# FAX TRANSMISSION COVER SHEET

### Murrell & Brown
### Attorneys At Law
### 1220 L. Street, NW
### Suite 700
### Washington, D.C. 20005

Telephone: (202) 742-2000                    Facsimile: (202) 742-2098

To: Rebecca Bourne, Student Hearing Office

Of:    District of Columbia Public Schools

Telephone No. 202-442-5432

Facsimile No.  202-442-5556

From:  Roberta L. Gambale, Esq.

Date: December 26, 2001

Number of Pages, including fax cover sheet:10

COMMENTS:

**RE: DeAngela Robinson**- Due Process Hearing Request
DOB: 2/3/96

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## DUE PROCESS HEARING REQUEST

- This form may be used to give notice to the District of Columbia Public School and / or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to their child.

- Notice must be sent to Student Hearing Office of the District of Columbia, 825 North Capital Street, NE, 8th Floor, Washington, and DC 20002.  Fax number (202) 442-5556.

Federal law requires that when a parent or representative request mediation, it shall be offered to the parties at no cost.  Mediation may be beneficial in your case.  Please indicate your decision:

[ ] I REQUEST MEDIATION    [ ] I  REQUEST MEDIATION AND A HEARING     [ X ] I REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION / DUE PROCESS HEARING IS REQUESTED

| Student Name: DeAngela Robinson | Present School of Attendance: Meridian P.C.S. |
|---|---|
| Date of Birth: 2-3-96 | Home School:  (Neighborhood  school where child is registered) Meridian P.C.S. |
| Address: 2620 13th Street, NW, #B10 Washington, D.C.  20009 | |

ENTITY AGAINST WHICH COMPLAINT IS MADE:   District of Columbia Public Schools
DCPS and/or D.C. Charter School
(Specify which charter school, if applicable)

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:   Selina Wilson

Address:  2620 13th Street, NW, #B10, Washington, D.C.  20009

Phone:  (H) 202-462-5037    (W)      (F )

Relationship to Student:  X   Parent  ____ Self  ____ Legal Guardian  ____ Parent Surrogate  ____ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE  (if applicable)

Name:     Mary I. DuVall, Attorney at Law,  Murrell & Brown

Address: 1220 L Street, NW, Suite 700, Washington, DC   20005

Phone:   (W) 202-742-2000                       (F)  202-742-2098

1.  Please indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if requested) and three (3) dates within the next thirty-five (35) days when you, your representative and witnesses are available for the hearing (if requested). Every effort will be made to accommodate your availability to the extent possible.

Hearing:                                   Mediation:

1)  October 21,2002                        1) _____

2)  October 22, 2002                       2) _____

3)  October 23, 2002                       3) _____

### STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
### REQUEST FOR MEDIATION / HEARING

2.  Special Accommodation Requests for Mediation / Due Process Hearing (please be specific)

- Interpreter
    ____ Foreign Language ()

    ____ Sign Language ( )

    ____ Other ( )

- Special Communication ( )

- Special Accommodation for Disability ( )

- Other ()

In accordance with the Individuals with Disabilities Act (IDEA), please answer below:

**Describe the nature of the problem.**

1.  <u>Failure to provide records.</u> 34 C.F.R. Sec. 300.562 provides that "each participating agency shall permit parents to inspect and review any education records relating to their children that are collected, maintained, or used by the agency under this part. The agency shall comply with a request without unnecessary delay and . . . in no case more than 45 days after the request has been made." In this case, the Parent requested the student's education records from DCPS on November 8, 2001. The deadline for compliance by DCPS was December 23, 2001. However, as of this date, DCPS has yet to comply.

2. <u>Violation of Settlement Agreement.</u> DCPS has violated the Settlement Agreement dated February 27, 2002 by failing to provide the student's cumulative file within ten (10) calendar days.

3. <u>Failure to fully evaluate within the time established by law.</u> 34 C.F.R. 300.320 provides that the public agency shall ensure that a full and individual evaluation is conducted for each child being considered for special education and related services. The D.C. Appropriations Act Sec. 121 requires DCPS to evaluate the child within 120 days from consent by the parents. 34 C.F.R. 300.532(h) provides that the evaluation is to be sufficiently comprehensive to identify all of the child's special education and related services needs. Although DeAngela Robinson's guardian signed the Consent for Evaluation on October 27, 2001, there are still evaluations that have not been completed and/or provided, including educational, speech and language, vision and hearing.

4. <u>Failure to provide FAPE-Failure to identify.</u> 34 C.F.R. sec.27 and sec. 300.300 require the District of Columbia to ensure that FAPE is available to all children with disabilities residing in DC. As part of that obligation, DCPS is required to identify, locate and evaluate all children with disabilities (Sec. 300.125) in accordance with 34 C.F.R. 300.531 *et.seq*. DCPS is required to use a variety of assessment tools and strategies to gather relevant functional and developmental information in determining whether the child is disabled, not to use any single procedure as the sole criterion for the determination, and to use technically sound instruments. DCPS is also required to assess the child in all areas of suspected disability, to review existing evaluation data and identify what additional data if any is needed.

5. <u>Failure to provide FAPE.</u> DCPS has failed to provide FAPE to this student via the absence of appropriate services, assessment, programming, placements and/or compliance with legal requirements regarding records and timeliness.

6. <u>Additional Facts.</u> 507(c)(4) The parent further asserts that if additional intervening facts come to his/her attention prior to the due process hearing in this matter, those facts are permitted to be heard insofar as they relate to FAPE for this student, without the need to amend the due process hearing request, so long as there is no prejudice to DCPS and the best interest of the student is furthered.

7. <u>Time of hearing on this request.</u> 34 C. F. R. 300.511 provides that the public agency shall ensure that not later than 45 days after the receipt of a request for a hearing, a final decision is reached in the hearing and a copy of the decision is mailed to each of the parties. If the hearing in this matter is not set within the required time frame, such issue will be raised at the hearing with or without an amended hearing request.

**Describe issues to be addressed at the mediation and / or hearing.**

1. Has DCPS violated IDEA and/or failed to provide a free and appropriate education to the student by failing to provide access to educational records?

2. Has DCPS violated IDEA and failed to provide a free and appropriate education to the

student by failing to fully evaluate him/her within the time established by law?

3. Has DCPS failed to provide a free and appropriate public education to the student?

4. Is the student entitled to compensatory education?

5. Did DCPS fail to set a due process hearing within the time required by IDEA and D.C. law?

6. Any other issues directly related to those raised here which may arise at the hearing on this request.

**Describe relevant facts relating to the problem.**

Parent incorporates by reference all facts stated under preceding section entitled "Nature of the Problem."

**How would you like to see the problem corrected?**

1. If the proof offered at the due process hearing differs from the description of the nature of the problem and the proposed resolution stated herein as known and available to the parent at the time of the drafting of this Request for Hearing, then 34 C.F.R. 300.507(c)(4) shall apply, and the parent hereby amends this hearing request to conform to the proof provided at and during the hearing.

2. DCPS shall ensure that this student is provided a Free and Appropriate Public Education including special education, transportation, and other related services defined at 34 C.F.R. 300.24 and 5 DCMR 3000.3 to meet this student's unique needs including, but not limited to, preparation for employment and independent living.

3. Pursuant to IDEA and its implementing regulations, 34 CFR 300.1 and 5 DCMR 3000, and consistent with the Hearing Officer's preamble to all due process hearings that "the hearing officer will rule on the evidence as presented at the hearing and will ACT in the BEST INTEREST of the child," DCPS shall ensure that the rights of this student and parent are protected, and the Hearing Officer shall make a ruling consistent with the obligation of DCPS and the hearing officer's responsibility.

4. DCPS shall respond specifically to counsel's request for the cumulative file and shall provide the parent with copies of all _educational records_ on the student within five (5) business days and in no event later than 48 business hours prior to any meeting in which the parent is entitled to attend and/or participate.

5.    DCPS, within 15 calendar days, shall conduct the following evaluations: psychoeducational, vision and hearing, speech and language, social history, clinical, neuropsychological, occupational therapy, psychiatric, vocational, adaptive behavior, physical therapy, functional behavior assessment, assistive technology, audiological, sleep study, and such additional evaluations as are recommended by an individual performing any such evaluation; if any of the aforesaid evaluations is not completed within 15 calendar days of the date hereof, then the parent may secure such evaluation independently at DCPS' expense.

6. DCPS shall provide counsel for the parent with copies of all <u>evaluation reports</u> on the student within five (5) business days and in no event later than 16 business hours prior to any meeting in which the parent is entitled to attend and/or participate.

7. DCPS shall convene an MDT/IEP meeting within ten school days of receipt of the last evaluation to determine eligibility for special education, including the level of services needed, and issue a proper notice of an appropriate placement.

8. DCPS shall schedule all meetings through counsel for the parent via facsimiles on (202) 742-2098, with copies to the parent in the parent's native language no later than 48 business hours prior to convening any meetings.

9. DCPS shall send all correspondence, records and notices of meeting to counsel for the parent, Mary I. DuVall, (Murrell & Brown) via facsimile (202-742-2098) with copies to the parent, in the parent's native language, no later than 48 business hours prior to convening any meetings.

10. In the event that DCPS fails to comply with its obligations under a settlement agreement or HOD arising from this Due Process Hearing Request, a hearing on such non-compliance-- including any disagreement with the assessment, programming or placement that the parent may have-- shall be held within 20 calendar days of filing a request on such issue.

11. In the event that DCPS fails to comply with its obligations under a settlement agreement or HOD arising from this Due Process Hearing Request-- including any disagreement with the assessment, programming or placement that the parent may have--, the parent shall have authority to use self help without further notice to DCPS, to initiate an IEP with DCPS' invited participation, and/or unilaterally place the child in an interim school or educational program until such time as DCPS can come into compliance and properly assess, program and/or place the student.

12.  Based on the finding of fact and conclusion of law, the relief obtained by the parent materially alters the legal relationship of the parties by modifying the DCPS behavior in a way that benefits the parent.

_____                    September 3, 2002
Signature of Applicant/Parent                      Date
Mary I. DuVall
Murrell & Brown
Attorneys for Parent


**MAIL, FAX OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**825 North Capital Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number (202) 442-5556**

| For Office Use Only: | |
|---|---|
| Case Number: _____ | Date of Received: _____ |
| Student ID#: _____ | Attorney Assigned: _____ |
| H/M Schedule: _____ | Special Education Record Received: _____ |

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              3964
CONNECTION TEL                    94425556
CONNECTION ID        DCPS SPECIAL ED
ST. TIME             10/03 15:40
USAGE T              02'10
PGS. SENT               7
RESULT               OK
```

# MURRELL & BROWN

Travis A. Murrell                    Attorneys at Law                    Roberta Gambale
James E. Brown                       1220 L Street, NW                   Miguel A. Hull
Fatema E. Dariani                    Suite 700                           Christopher L. West♦
Domiento C.R. Hill*                  Washington, DC 20005                Juan J. Fernandez!
Brenda McAllister*                   Telephone: (202) 742-2000           Kerima Lewis♦
Michelle Henry                       Facsimile: (202) 742-2098           Mary I. Duvall  :
_____                                                    _____

* Admitted in Maryland
♦ Admitted in New York
! Admitted in Bolivia

# FAX COVER SHEET

DATE:          October 3, 2002

TO:            Karen Andreozzi, Hearing Coordinator, DCPS Student Hearing Office

FAX NO.:       202-442-5556

FROM:          Williams Bautista

SUBJECT:       **DeAngela Robinson / DOB: 2/3/1996**

NUMBER OF PAGES INCLUDING COVER SHEET:        **7**

COMMENTS:      ***Due Process Hearing Request for Records, Violation of Settlement,***

***Failure to evaluate, and etc.***

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**
➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION ___ I REQUEST MEDIATION AND A HEARING __X__ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: _____ DeAngela Robinson _____ DOB: 2/3/96

Address: 2620 13th St., N.W., Apt # B10 Washington, D.C. 20009

Present School of Attendance: _____ Home School: _____
(Neighborhood school where child is registered)

Meridian PCS

**COMPLAINT IS MADE AGAINST**: _____ Meridian Public Charter School and
DCPS _____
DCPS and/or D.C. Public Charter School-specify charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: Ms. Selena Wilson

Address: 2620 13th St., N.W., Apt # B10 Washington, D.C. 20009

Phone: (H) (202) 462-9743 _____ (W) _____
(Fax)_____

Relationship to Student: __X__ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):
Name: Rachel Rubenstein, Esq. (James E. Brown & Assoc., PLLC) _____
Phone: (W) (202)742-2000 _____ (Fax) (202)742-2098 _____

Form 101                                                                02/01/2003

Address: <u>1220 L Street, N.W., Suite 700, Washington, DC 20005</u>

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:    <u>9/30/03</u>    <u>10/1/03</u>            <u>10/2/03</u>

Mediation: _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

      Interpreter
      ___ Foreign Language ___ _____
      ___ Sign Language _____

___ Other _____

Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

   **Describe the nature of the problem:**

   1. <u>**Failure to Provided Needed Re-evaluations in a Timely Manner:**</u>

   It was determined at DeAngela's Individualized Education Program ("IEP") team meeting on June 17, 2003 that DeAngela needed a psychiatric evaluation. According to the implementing regulations of the Individuals with Disabilities Education Act, ("IDEA") 34 C.F.R. §300.321(b) and §300.343(b), any evaluations should be completed within a reasonable time of the request. Furthermore, according to D.C. Municipal Regulations, 5 DCMR §3005.2 and D.C. Code §38-2501(a), Meridian PCS/DCPS has 60 days to complete the requested evaluations. It has now been over 60 days since the date the IEP team referred the evaluation for Meridian PCS/DCPS to complete. Consequently, Meridian PCS/DCPS is out of compliance with the IDEA and the D.C. Code.

   2. <u>**Failed to Comprehensively Evaluate DeAngela Robinson:**</u>

   Since Meridian PCS/DCPS never provided a psychiatric evaluation, they failed to comply with the Individuals with Disabilities Education Act, ("IDEA"). Meridian PCS/DCPS is required to comprehensively evaluate a student in all areas of the student's suspected disability, in order to assess and provide an effective Individualized Education Program, ("IEP") pursuant to 34 C.F.R. Part 300.532, 300.533. DeAngela's IEP team determined that the psychiatric evaluation was necessary on June 17, 2003. However, Meridian PCS/DCPS still has not provided the evaluation.

   For these reasons, and others that will be apparent at a hearing on this request, Meridian PCS/DCPS violated the Individuals with Disabilities Education Act, ("IDEA") by effectively failing to provide DeAngela with a Free and Appropriate Public Education ("FAPE") required by the implementing regulations of the IDEA 34 C.F.R. Part 300.300.

   In the event a hearing is not scheduled in time for a decision to be issued within 45 days, I hereby confirm that my client does not consent to a waiver of the 45-day limit. Please contact me to set a date for hearing.

   Describe issues to be addressed at the mediation and/or hearing, with specificity:

---

Form 101                                                                                02/01/2003

1. Whether Meridian PCS/DCPS failed to provide DeAngela with needed re-evaluations in a timely manner?
2. Whether Meridian PCS/DCPS failed to comprehensively evaluate DeAngela?

Describe relevant facts relating to the problem:
(See Above)

State how you would like to see the problem corrected:

1. Meridian PCS/DCPS shall fund an independent psychiatric evaluation obtained by the parent and any other evaluations that are determined necessary.

2. Meridian PCS/DCPS shall convene an IEP meeting within 15 days of the receipt of the completed independent evaluation(s).

3. The guardian's right to seek compensatory education is reserved.

4. The hearing officer should order any and all further relief as is deemed necessary or appropriate.

_____          _____
Signature of Applicant/Parent (Required)                Date (Required)

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002          FAX:  (202) 442-5556**

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                    Revised 02/01/2003

---

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | | |
|---|---|---|
| TX/RX NO | 0210 | |
| CONNECTION TEL | | 94425098 |
| CONNECTION ID | Warehouse Center | |
| ST. TIME | 09/02 13:23 | |
| USAGE T | 00'53 | |
| PGS. SENT | 5 | |
| RESULT | OK | |

---

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Christopher L. West◊◊
Juan J. Fernandez! ¦
Rachel K. Rubenstein●◊
Christina R. Busso◊◊
Ann E. Ford ◊◊

* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:        September 2, 2003

TO:          Veleter Mazyck
             Office of the General Counsel of the District of Columbia

PHONE:       202-442-5432

FAX NO:      202-442-5098

FROM:        Heidi Romero, Legal Assistant to Rachel Rubenstein, Esq.

SUBJECT:     Hearing Request for DeAngela Robinson
             DOB: 2/03/96

NUMBER OF PAGES INCLUDING COVER SHEET:     5

COMMENTS:

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**OFFICE OF MANAGEMENT SERVICES**

**SPECIAL EDUCATION DUE PROCESS HEARING**

**CONFIDENTIAL**

**HEARING OFFICER'S DETERMINATION**


**STUDENT: DeAngela Robinson**          **DATE OF BIRTH: 2/3/96**

**ADDRESS: 2620 13th Street, N.W.**
**Washington, D.C. 20009**

**PRESENT SCHOOL ATTENDING: Meridian PCS**

**DATE OF HEARING: December 9, 2003**

**PRESENT AT THE HEARING:**

| | |
|---|---|
| Rachel Rubenstein | Counsel for Parent |
| Paul Dalton | Counsel for Meridian PCS |
| Vincent Blount | Special Education Coordinator |
| Michelle Moody* | Educational Advocate |
| (* Testified by telephone) | |


**Student's Representative: Rachel Rubenstein, Esq.**
**Address: 1220 L Street, N.W.**
**Washington, D.C. 20005**
**FAX: 202-742-2098**
**Meridian PCS Representative: Paul Dalton, Esq.**
**Address: 6303 Little River Turnpike**
**Alexandria, Virginia 22312**
**FAX: 703-642-3101**
**DCPS Representative: Linda Smalls, Esq.**
**Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002**

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on December 9, 2003 at the request of Rachel Rubenstein, counsel for the parent and the student. Paul Dalton represented Meridian PCS and Linda Smalls represented DCPS, the other parties to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**ISSUE:**

1.      Did the LEA, Meridian PCS, deny a Free Appropriate Public Education (FAPE) to the student by not providing a psychiatric evaluation to determine if the student had Attention Deficit Hyperactivity Disorder (ADHD)?

**DOCUMENTS SUBMITTED BY MERIDIAN PCS:**

**Disclosure letter**

**DOCUMENTS SUBMITTED BY STUDENT:**

**DR-1-DR-7**

**FINDINGS OF FACT:**

1.      The student has been found eligible by the LEA, Meridian PCS, for special education services as a student with the disability of a specific learning disability (S.L.D.) (DR-6) The MDT Meeting Notes of June 17, 2003 state: " Teacher has a 'major' concern re: focusing even when working one on one....She is distracted...Mom signed consent to evaluate for psychiatric. The team determined that it would be more comprehensive than a clinical." (DR-6) The mother signed the consent to evaluate for a psychiatric evaluation on the above date. (DR-7)

2.      Ms. Moody testified for the student that the purpose of the psychiatric evaluation was to determine if the student had ADHD and could be classified as Other Health Impaired (OHI). (Testimony of Ms. Moody)

2

Meridian has not performed the psychiatric evaluation, but agrees to classify the student with the additional disability of OHI and provide the student with the support services and modification in the IEP to address any OHI needs.  Counsel for Meridian states that Meridian, unlike DCPS, does not need a psychiatric evaluation to classify the student as OHI.

## DISCUSSION AND CONCLUSIONS OF LAW:

Counsel for Meridian PCS is willing to provide the relief to the student that a psychiatric evaluation would recommend.  Counsel for the student's own witness, Ms.Moody testified the purpose of the psychiatric evaluation was to determine if the student had ADHD and could be classified as OHI.  Counsel for Meridian is willing to change the student's IEP to add the disability classification of OHI and revise the IEP to provide the necessary services to address ADHD concerns.  It is not necessary to subject the student to yet another evaluation when the LEA is willing to meet the student's ADHD needs.  Counsel for the LEA has offered counsel for the parent four days from January 5th –9th to convene an MDT meeting to review and revise the student's IEP.

It is hereby **ORDERED** that:

**Meridian PCS shall convene an MDT/IEP meeting by January 9th 2004 to review and revise the student's IEP to include the disability classification of OHI and revise the IEP to provide the necessary services to address ADHD concerns. Counsel for the parent shall inform counsel for Meridian PCS by December 12th 2003 which of the four days offered for the meeting from January 5th –9th is a mutually agreeable time.**
       This is the final administrative decision in this matter.  Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
Impartial Hearing Officer                    Date filed: December 12, 2003
Date Issued:  12/12/03

3

# District of Columbia Public Schools
## *Office of Compliance*
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: *12/12/03*

TO: *R. Rubenstein*

FROM: STUDENT HEARING OFFICE

TOTAL NUMBER OF PAGES, INCLUDING COVER: *4*

RE: *HOO - DeAngela Robinson*

COMMENTS: *Transmittal*

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# District of Columbia Public Schools
## *Office of Compliance*
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### *FACSIMILE SHEET*

Date:  *12/12/03*

TO:

FROM:  STUDENT HEARING OFFICE

TOTAL NUMBER OF PAGES, INCLUDING COVER:  _____

RE:  _____

COMMENTS:

_____
_____
_____
_____
_____

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

## ATTORNEY'S

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| TM | Travis Murrell, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| MID | Mary I. DuVall, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. (effective 3/19/03) |

## PARALEGAL'S/ LAW CLERKS/ADVOCATES

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| AJ | Altemese Johnson |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| EG | Edward Garcia |
| WB | Williams Bautista |
| JD2 | Jacqueline Donnell |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| NF | Nuvia Flores |
| HR | Heidi Romero |
| DM | Daniel Myers |
| KD | Kelly Dau |
| LM | Lorraine Mejia |
| MW | Marsha Wells |
| LD | Laura Dau |
| DA | Dixie Avelar |
| DP | Delmis Pineda |
| MT | Michele Torry, BA, L. Cert. |
| MM | Michelle Moody, MA |
| NP | Nadjai Plowden, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| MB | Margo Beeken, MA |
| DJ | Deanine Jones, MA |
| SM | Sharon Millis, M. Ed. |
| GR | Glenda Richmond, MA |
| MJB | Michael J. Byers, MA |
| JD | Jennifer Dugger, MS Ed. |
| CM | Carolyn Monford, MA |
| GH | Garfield Mark Holman, MA |
| MAB | Marlinda Boxley, MA, JD |
| RB | C. Robin Boucher, Ph.D. |
| MNB | Michelle N. Barker |

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez! ◇ |
|---|---|---|
| Domiento C.R. Hill*◇ | • 1220 L Street, NW | Christina R. Busso♦◇ |
| Brenda McAllister*◇ | Suite 700 | Tilman L. Gerald |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◇ |
| Christopher L. West♦◇ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

October 6, 2004

Ms. Robinette Breedlove
Principal
**MERIDIAN PCS**
1338 Florida Avenue, N. W.
Washington, D.C., 20009

**RE:**    **Our client: Ms. Selina Robinson**
**Name of Student: DeAngela Robinson**
**Date of Birth: February 17, 1996**
**Date of hearing: December 9, 2003**

Dear Ms. Breedlove:

We are enclosing herewith, for your review and favorable consideration, a copy of an invoice that was originally submitted for payment on January 5, 2004 in the amount of $20,198.39. As of the date hereof, the subject invoice remains unpaid. Therefore, we are hereby kindly requesting that you remit the full amount of this invoice upon receipt hereof. If you are without the authority necessary to make the remittance required, kindly forward this letter to the person having such authority so that we can conclude this matter without any further delay. If you should have any questions concerning this matter, you should direct your inquiries to the undersigned. Please note, however, that if payment is not received in full or if alternative satisfactory payment arrangements are not made within fourteen (14) days from the date hereof, we will construe that to mean that you have no intention of resolving this matter amicably and quickly, and we will advise our client accordingly. We close by thanking you in advance for your anticipated prompt remittance and cooperation.

Very truly yours,

**JAMES E. BROWN & ASSOCIATES, PLLC**

Tilman L. Gerald

Enclosure
TLG:RBreedlove.MeridianPCS.SRobinson.ltr.100604

## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | DeAngela Robinson |
| Date of Birth | 2/3/96 |
| Date of Request for Hearing | 9/3/03 |
| | Month / Day / Year |
| Parent/Guardian | Selina Robinson |
| Address | 2620 13th Street, NW |
| | Washington, DC 20009 |
| Current School | Meridian PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 04-003 |
| Date of Payment Request | 1/5/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 4/1/02 - 12/30/03 |
| Current Payment Request | $20,198.39 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN*: FOR: **$20,198.39**

## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

**RECEIVED**

**DALTON, DALTON & HOUSTON**

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | DeAngela Robinson |
| Date of Birth | 2/3/96 |
| Date of Request for Hearing | 9/3/03 |
| | Month / Day / Year |
| Parent/Guardian | Selina Robinson |
| Address | 2620 13th Street, NW |
| | Washington, DC 20009 |
| Current School | Meridian PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 04-003 |
| Date of Payment Request | 1/5/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 4/1/02 - 12/30/03 |
| Current Payment Request | $20,198.39 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN:* FOR: $20,198.39



## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
| --- | --- |
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
| --- | --- |
| Student | DeAngela Robinson |
| Date of Birth | 2/3/96 |
| Date of Request for Hearing | 9/3/03 |
| | Month / Day / Year |
| Parent/Guardian | Selina Robinson |
| Address | 2620 13th Street, NW |
| | Washington, DC 20009 |
| Current School | Meridian PCS |
| Home School | |

| Payment Information | |
| --- | --- |
| Attorneys' Invoice # | 04-003 |
| Date of Payment Request | 1/5/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 4/1/02 - 12/30/03 |
| Current Payment Request | $20,198.39 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN:* **FOR:** __$20,198.39__

James E. Brown, Esq.
James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Robinson, DeAng

January 02, 2004

In Reference To: Robinson, DeAng

Invoice # 13852

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/01/2002 | BDL | Discussion with the child's attorney | 0.25<br>95.00/hr | 23.75 |
| | RG | Record review & discussion with Legal Assistant | 0.25<br>300.00/hr | 75.00 |
| 04/17/2002 | JEB | Monthly case review & conf. with paralegal regarding<br>legal & education issues | 0.42<br>350.00/hr | 147.00 |
| | AAG | Drafted letter to parent | 0.50<br>95.00/hr | 47.50 |
| | AAG | Monthly case review & conf. with Atty Brown regarding<br>legal & education issues | 0.42<br>95.00/hr | 39.90 |
| 04/29/2002 | EG | Case review, discussion and provided client with a written status report<br>on the case progress. | 1.00<br>95.00/hr | 95.00 |
| 05/14/2002 | BDL | Discussion with the child's attorney. | 0.33<br>95.00/hr | 31.35 |
| | RG | Discussion with paralegal | 0.33<br>300.00/hr | 99.00 |
| 05/30/2002 | MT | File review and sent to parent monthly case status report | 0.58<br>120.00/hr | 69.60 |
| 07/09/2002 | CM | Reviewed file correspondance | 0.50<br>150.00/hr | 75.00 |

Robinson, DeAng

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/09/2002 | CM | Review Social History report | 0.25<br>150.00/hr | 37.50 |
| | CM | Reviewed Psychological evaluation report | 0.50<br>150.00/hr | 75.00 |
| 07/17/2002 | GR | Drafted letter to parent | 0.58<br>150.00/hr | 87.00 |
| 07/23/2002 | BDL | Discussion with the child's attorney. | 0.42<br>95.00/hr | 39.90 |
| | MID | Conference with attorney Hill and Blanca De La Sancha. | 0.42<br>275.00/hr | 115.50 |
| 08/01/2002 | MM | File review and developed report | 0.75<br>150.00/hr | 112.50 |
| 08/02/2002 | JEB | Reviewed advocate's report, file review and discussion | 0.43<br>350.00/hr | 150.50 |
| 08/20/2002 | MM | File review and reviewed for update & developed report | 1.00<br>150.00/hr | 150.00 |
| 08/30/2002 | MID | Review Advocate Status Report | 0.25<br>275.00/hr | 68.75 |
| 09/03/2002 | MID | Meeting with Attorney Hill to discuss case | 0.10<br>275.00/hr | 27.50 |
| 09/09/2002 | MID | Review Advocate Status Report | 0.17<br>275.00/hr | 46.75 |
| | MM | File review and reviewed evals & development report for mtg | 0.67<br>150.00/hr | 100.50 |
| 09/11/2002 | JEB | Monthly case review & conference paralegal re: legal<br>& educational issues | 0.58<br>350.00/hr | 203.00 |
| | AAG | Monthly case review & conference attorney re: legal<br>& educational issues | 0.58<br>95.00/hr | 55.10 |
| 09/24/2002 | MM | File review and developed monthly case status report | 0.67<br>150.00/hr | 100.50 |
| 10/01/2002 | MID | Review Advocate Status Report dated September 24, 2002 | 0.17<br>275.00/hr | 46.75 |
| | MID | Comprehensive Review of file | 1.50<br>275.00/hr | 412.50 |

Robinson, DeAng

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/03/2002 | WB | Drafted letter to parent | 0.67<br>95.00/hr | 63.65 |
| | MID | Preparation of Due Process Hearing Request | 1.50<br>275.00/hr | 412.50 |
| | MID | Conference with paralegal regarding charter school | 0.25<br>275.00/hr | 68.75 |
| | WB | Assisted attorney in preparation of request for hearing | 0.83<br>95.00/hr | 78.85 |
| 10/08/2002 | MID | Review Advocate Status Report; notify advocate of status | 0.25<br>275.00/hr | 68.75 |
| | WB | Record review & discussion with parent | 0.75<br>95.00/hr | 71.25 |
| | WB | Discussion with the child's attorney | 0.17<br>95.00/hr | 16.15 |
| | MID | Conference with paralegal | 0.17<br>275.00/hr | 46.75 |
| 10/09/2002 | MM | Reviewed,Documented HR 10/03/02 on report for attny. | 0.08<br>150.00/hr | 12.00 |
| 10/10/2002 | AAG | Record review | 4.83<br>95.00/hr | 458.85 |
| 10/18/2002 | KC | Telephone call to private schoolPhone call from Liz Capone (Meridian PCS) | 0.25<br>150.00/hr | 37.50 |
| 10/25/2002 | MM | Reviewed,And developed report for attorney(update) + checked to see if hearing was filed | 0.75<br>150.00/hr | 112.50 |
| 11/04/2002 | MM | Discussion with,Called Liz Capone | 0.25<br>150.00/hr | 37.50 |
| 11/05/2002 | MID | Review Advocate Status Report dated November 1, 2002 | 0.25<br>275.00/hr | 68.75 |
| 11/08/2002 | MID | Telephone conference with Sheila Hall, DCPS Office of Management Services to set hearing date | 0.17<br>275.00/hr | 46.75 |
| 11/12/2002 | WB | Discussion with the child's attorney | 0.17<br>95.00/hr | 16.15 |
| | MID | Review hearing notice | 0.17<br>275.00/hr | 46.75 |

Robinson, DeAng                                                                          Page    4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2002 | WB | Drafted letter to parent w/ HDN | 0.67 95.00/hr | 63.65 |
| | MID | Review file regarding  preparation of 5-day disclosure; discussion with paralegal | 1.42 275.00/hr | 390.50 |
| 11/13/2002 | WB | Assisted attorney to prepare disclosure to DCPS | 1.50 95.00/hr | 142.50 |
| | WB | Conference with parent | 0.17 95.00/hr | 16.15 |
| | MID | Review and edit 5-day disclosure package | 0.33 275.00/hr | 90.75 |
| 11/18/2002 | MM | Discussion with Liz Capone | 0.17 150.00/hr | 25.50 |
| | MM | Conference with parent,(Mom) | 0.17 150.00/hr | 25.50 |
| 11/19/2002 | MM | Prepared for Due Process Hearing | 2.00 150.00/hr | 300.00 |
| | MID | Prepared for Due Process Hearing | 2.00 275.00/hr | 550.00 |
| 11/20/2002 | MID | Attend due process hearing | 2.00 275.00/hr | 550.00 |
| | MM | Appearance to 825 North Capital for due process hearing | 2.00 150.00/hr | 300.00 |
| | MID | Conference with advocate | 0.25 275.00/hr | 68.75 |
| 11/21/2002 | MM | Drafted and developed letter to parent | 0.67 150.00/hr | 100.50 |
| | MM | Phone call to Liz Capone | 0.17 150.00/hr | 25.50 |
| 11/22/2002 | MM | Drafted and developed letter to school | 0.67 150.00/hr | 100.50 |
| 12/02/2002 | WB | Record reviewed (HOD) | 0.33 95.00/hr | 31.35 |
| 12/03/2002 | WB | Drafted letter to parent w/ HOD enclosed | 0.67 95.00/hr | 63.65 |

Robinson, DeAng

Page     5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/09/2002 | MID | Review Advocate Status Report | 0.25 275.00/hr | 68.75 |
| | MID | Review HOD | 0.25 275.00/hr | 68.75 |
| 12/10/2002 | JEB | Reviewed advocate's report, contacted parent, draft letter to parent | 0.42 350.00/hr | 147.00 |
| 12/11/2002 | MM | Phone call to parent,Mom | 0.17 150.00/hr | 25.50 |
| | MM | Discussion with Liz Capone | 0.17 150.00/hr | 25.50 |
| 12/12/2002 | MM | Drafted and developed letter to DCPS re: meeting | 0.67 150.00/hr | 100.50 |
| 01/21/2003 | MM | Drafted letter to parent | 0.50 150.00/hr | 75.00 |
| 01/30/2003 | MM | Conference with parent | 0.25 150.00/hr | 37.50 |
| 02/03/2003 | MM | Discussion with ; Called Liz Capone  re mtg and ed eval. | 0.33 150.00/hr | 49.50 |
| 02/26/2003 | AAG | Record reviewed and discussion with parent | 0.50 95.00/hr | 47.50 |
| | AAG | Drafted monthly letter to parent | 0.42 95.00/hr | 39.90 |
| | JEB | Reviewed advocate's report, contacted parent, draft letter to parent | 0.83 350.00/hr | 290.50 |
| 02/28/2003 | MID | Review Advocate's monthly status report | 0.25 275.00/hr | 68.75 |
| 03/31/2003 | MM | File review and developed  monthly case status report, for parent and attorney | 0.25 150.00/hr | 37.50 |
| 04/17/2003 | MM | Called Capone | 0.17 150.00/hr | 25.50 |
| 04/21/2003 | MM | Extended time was a level 2 and Liz  Capone wants a conference call to amend IEP according to 387-9830 Liz Capone | 0.25 150.00/hr | 37.50 |
| 04/30/2003 | MM | Discussion with Liz Capone of Meridian PCS (2X) | 0.42 150.00/hr | 63.00 |

Robinson, DeAng

Page    6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 04/30/2003 MM | Drafted letter to parent | | 0.50<br>150.00/hr | 75.00 |
| 05/01/2003 MM | Discussion with Liz Capone of Meridian PCS | | 0.08<br>150.00/hr | 12.00 |
| 05/16/2003 MM | Discussion with: Called Liz Capone at SAIL | | 0.17<br>150.00/hr | 25.50 |
| 05/28/2003 MM | Discussion with: called school re: meeting | | 0.17<br>150.00/hr | 25.50 |
| 06/04/2003 JEB | Reviewed Moody`s Report, Report to parent and discussion | | 0.43<br>350.00/hr | 150.50 |
| 06/11/2003 MM | Attended MDT/IEP @ Meridian, but parent and evalautor did not come so we have to reschedule.  We waited an hour for the evaluator and the parent stated that she would come, but did not show | | 1.00<br>150.00/hr | 150.00 |
| MM | School visit; classroom observation | | 2.00<br>150.00/hr | 300.00 |
| 06/13/2003 MM | Discussion with school | | 0.25<br>150.00/hr | 37.50 |
| 06/17/2003 MM | Attended MDT/IEP @ Meridian PCS | | 1.50<br>150.00/hr | 225.00 |
| 06/24/2003 RR | Read update memo from advocate M. Moody re: IEP meeting | | 0.25<br>300.00/hr | 75.00 |
| 07/03/2003 MM | Drafted letter to school | | 0.67<br>150.00/hr | 100.50 |
| 07/07/2003 JEB | Legal research, reviewed advocate's report and parent contact | | 0.60<br>350.00/hr | 210.00 |
| 07/14/2003 MM | gave atty a hearing request notice to be filed based on violation | | 0.75<br>150.00/hr | 112.50 |
| 07/16/2003 JEB | Conference and contact with advocate and parent | | 0.72<br>350.00/hr | 252.00 |
| 07/22/2003 RR | Read previous hearing request, correspondence and HOD to gain background knowledge of case. | | 0.67<br>300.00/hr | 201.00 |
| 08/18/2003 RR | Discussion with advocate re: getting copy of IEP and confirming psychiatric eval. | | 0.25<br>300.00/hr | 75.00 |
| CM | Record reviewed and discussion with Rachel Rubenstein re follow up on IEP meeting | | 0.25<br>150.00/hr | 37.50 |

Robinson, DeAng                                                          Page      7

|            |    |                                                                                                                                                                | Hrs/Rate        | Amount |
|------------|----|----|----|----|
| 08/19/2003 | CM | Reviewed file correspondence                                                                                                                                    | 0.58<br>150.00/hr | 87.00 |
|            | CM | Reviewed psychological evaluation by Daniel Kim                                                                                                                  | 0.50<br>150.00/hr | 75.00 |
|            | CM | Reviewed school records                                                                                                                                          | 0.50<br>150.00/hr | 75.00 |
|            | CM | Reviewed social history by F. James                                                                                                                              | 0.50<br>150.00/hr | 75.00 |
| 08/20/2003 | CM | Discussion with DCPS staff at Meridian PCS (Mr. Gibson) to request copy of most recent IEP and psychiatric evaluation                                            | 0.17<br>150.00/hr | 25.50 |
| 08/26/2003 | RR | Read IEP dated June 17, 2003                                                                                                                                     | 0.50<br>300.00/hr | 150.00 |
|            | RR | Phone call to mother re: home school and status of psychiatric completion.                                                                                       | 0.33<br>300.00/hr | 99.00 |
| 08/27/2003 | RR | finished drafting due process hearing request to DCPS                                                                                                            | 1.33<br>300.00/hr | 399.00 |
|            | HR | Discussion with attorney regarding registration in a neighborhood school.                                                                                        | 0.25<br>95.00/hr  | 23.75 |
|            | HR | Phone call to Meyer Elementary School regarding process and documents needed to register child as non attendee.                                                  | 0.25<br>95.00/hr  | 23.75 |
|            | RR | Phone call to mother re: registering student as non-attending (left message)                                                                                     | 0.13<br>300.00/hr | 39.00 |
|            | HR | Phone call to DCPS Out Of Boundaries Division asking if student needs to register in a DC School as non attending, even if child attends a Public Charter School in DC, and if child does need to register what school would be his neighborhood school. | 0.25<br>95.00/hr  | 23.75 |
| 08/28/2003 | RR | Draft memo to legal assistant re: filing hearing request and sending hearing request and recently received IEP to mother.                                        | 0.42<br>300.00/hr | 126.00 |
|            | RR | Phone call to mother re: registering daughter as non-attending student.                                                                                          | 0.33<br>300.00/hr | 99.00 |
| 09/02/2003 | HR | Reviewed memo from attorney regarding hearing request and IEP document to distribute.                                                                            | 0.33<br>95.00/hr  | 31.35 |
|            | HR | Draft letter to parent regarding hearing request, IEP and Authorization Forms.                                                                                   | 0.83<br>95.00/hr  | 78.85 |
|            | HR | Reviewed hearing request.                                                                                                                                        | 0.25<br>95.00/hr  | 23.75 |

Robinson, DeAng

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 09/02/2003 | HR | Assisted attorney in filing hearing request to DCPS | 0.50 95.00/hr | 47.50 |
| 09/04/2003 | JEB | Examined and certified hearing request filed by attorney | 0.42 350.00/hr | 147.00 |
| 09/11/2003 | CM | Reviewed 8/28/03 hearing request | 0.25 150.00/hr | 37.50 |
| | CM | Reviewed 6/17/03 IEP | 0.50 150.00/hr | 75.00 |
| 09/12/2003 | RR | Read hearing notice and memo to legal assistant re contacting charter school and parent re: same. | 0.50 300.00/hr | 150.00 |
| | RR | Draft letter to charter school re: hearing scheduling. | 0.42 300.00/hr | 126.00 |
| 09/15/2003 | HR | Reviewed notice of hearing and letter to Meridian | 0.17 95.00/hr | 16.15 |
| | HR | Sent letter to Meridian PCS letter regarding notice of hearing | 0.17 95.00/hr | 16.15 |
| | HR | Draft letter to parent regarding notice of hearing and letter to Meridian | 0.75 95.00/hr | 71.25 |
| | HR | Reviewed memo from attorney regarding notice of hearing and letter to Meridian | 0.28 95.00/hr | 26.60 |
| 09/16/2003 | RR | Phone call from parent re: hearing and pre-hearing conference scheduling. | 0.25 300.00/hr | 75.00 |
| | HR | Phone call to mom trying to schedule a pre hearing conference for the upcoming hearing.  (LVM) | 0.13 95.00/hr | 12.35 |
| | HR | Draft memo to attorney and advocate regarding notice of hearing and deadlines to meet before hearing. | 0.25 95.00/hr | 23.75 |
| 09/24/2003 | RR | Phone call from V. Bluntt at Meridian PCS re: upcoming hearing. | 0.33 300.00/hr | 99.00 |
| 09/29/2003 | RR | Read file and gathered documents for disclosures. | 2.00 300.00/hr | 600.00 |
| | MM | File review and developed  monthly case status report | 0.58 150.00/hr | 87.00 |
| 09/30/2003 | HR | Assisted attorney to prepare disclosure to DCPS | 1.00 95.00/hr | 95.00 |

Robinson, DeAng                                                                 Page      9

|            |    |                                                                                 | Hrs/Rate        | Amount |
|------------|----|---------------------------------------------------------------------------------|-----------------|--------|
| 09/30/2003 | HR | Reviewed memo from attorney regarding disclosure documents                      | 0.33 95.00/hr   | 31.35  |
|            | RR | Conference with legal assistant re: disclosure submissions and witnesses.       | 0.50 300.00/hr  | 150.00 |
| 10/01/2003 | RR | Read letter sent from DCPS attorney re: Motion to Dismiss.                       | 0.25 300.00/hr  | 75.00  |
|            | RR | Draft letter to hearing officer re: responding to motion to dismiss.            | 1.00 300.00/hr  | 300.00 |
|            | RR | updated status report to team re:up coming hearing.                             | 0.17 300.00/hr  | 51.00  |
|            | RR | Draft memo to legal assistant re: Response to Motion for dismissal              | 0.33 300.00/hr  | 99.00  |
| 10/02/2003 | HR | Discussion with attorney regarding phone call from Meridian PCS regarding hearing and evaluation. | 0.25 95.00/hr   | 23.75  |
|            | RR | Discussion with legal assistant re: message from Meridian School re: eval and hearing. | 0.25 300.00/hr  | 75.00  |
|            | RR | Phone call from School--listened to voice mail left on legal assistant's line and called back school re: hearing. | 0.33 300.00/hr  | 99.00  |
|            | RR | Read interim order re: motion to dismiss parties.                               | 0.33 300.00/hr  | 99.00  |
| 10/03/2003 | RR | Read disclosures and returned call to Attorney re: continuance and need for psychiatric. | 0.42 300.00/hr  | 126.00 |
|            | HR | Reviewed memo from attorney regarding response to motion for dismissal of DCPS | 0.33 95.00/hr   | 31.35  |
|            | HR | Sent letter from attorney regarding the motion for dismissal of DCPS for the hearing to the Office of General Counsel, Linda Smalls attorney, attorney advisor | 0.17 95.00/hr   | 16.15  |
|            | RR | Phone call from associate attorney from charter school re: hearing continuance. (left message) | 0.13 300.00/hr  | 39.00  |
|            | HR | Draft letter to parent regarding  letter from attorney regarding the motion for dismissal of DCPS for the hearing | 0.67 95.00/hr   | 63.65  |
|            | HR | Sent letter from attorney regarding the motion for dismissal of DCPS for the hearing to Paul Dalton,Esq. | 0.17 95.00/hr   | 16.15  |
|            | HR | Sent letter from attorney regarding the motion for dismissal of DCPS for the hearing to Meridian Public Charter School. | 0.17 95.00/hr   | 16.15  |

Robinson, DeAng

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/03/2003 | HR | Sent letter from attorney regarding the motion for dismissal of DCPS for the hearing to the Student Hearing Office, Rose Gill, hearing coordinator. | 0.17<br>95.00/hr | 16.15 |
| 10/06/2003 | RR | Phone call to legal assistant and discussion re: status of continuance. | 0.25<br>300.00/hr | 75.00 |
| | RR | Draft memo to legal assistant re: motion to deny continuance. | 0.33<br>300.00/hr | 99.00 |
| | RR | Phone call to student hearing office re: continuance. | 0.25<br>300.00/hr | 75.00 |
| | RR | Phone call to parent re: continuance. | 0.25<br>300.00/hr | 75.00 |
| | HR | Sent letter from attorney regarding Motion to deny continuance of hearing to Paul Dalton, Esq. | 0.17<br>95.00/hr | 16.15 |
| | HR | Sent letter from attorney regarding Motion to deny continuance of hearing to Mr. Smith, hearing officer | 0.17<br>95.00/hr | 16.15 |
| | RR | Read hearing continuance and drafted response letter to hearing officer. | 0.67<br>300.00/hr | 201.00 |
| | HR | Reviewed memo from attorney regarding Motion to deny continuance of hearing | 0.25<br>95.00/hr | 23.75 |
| | HR | Sent letter from attorney regarding Motion to deny continuance of hearing to Ms. Linda Smalls, Attorney Advisor. | 0.17<br>95.00/hr | 16.15 |
| | HR | Discussion with attorney regarding possible continuances of hearing | 0.25<br>95.00/hr | 23.75 |
| | HR | Draft letter to parent regarding letter from attorney concerning Motion to deny continuance of hearing. | 0.50<br>95.00/hr | 47.50 |
| 10/07/2003 | RR | Phone call from and to Michelle Moody re; continuance of hearing | 0.25<br>300.00/hr | 75.00 |
| 10/17/2003 | RR | Draft letter to hearing officer re: dates for new hearing. | 0.33<br>300.00/hr | 99.00 |
| | RR | Draft memo to legal assistant re: possible dates for new hearing and contacting parent re: same. | 0.25<br>300.00/hr | 75.00 |
| 10/20/2003 | HR | Reviewed memo from attorney regarding letter to hearing officer | 0.25<br>95.00/hr | 23.75 |
| | HR | Sent letter to David Smith, Hearing Officer concerning Interim Order. | 0.17<br>95.00/hr | 16.15 |

Robinson, DeAng

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2003 HR | Sent letter to Linda Small, attorney advisor concerning Interim Order. | | 0.17<br>95.00/hr | 16.15 |
| HR | Sent letter to Paul Dalton concerning Interim Order. | | 0.17<br>95.00/hr | 16.15 |
| HR | Sent letter to Parent regarding Interim Order. | | 0.67<br>95.00/hr | 63.65 |
| HR | Reviewed Interim Order in preparation for sending parent status letter | | 0.25<br>95.00/hr | 23.75 |
| 10/28/2003 RR | Phone call from and to assistant of P. Dalton (atty for charter schools) re: rescheduling hearing date. | | 0.33<br>300.00/hr | 99.00 |
| 10/29/2003 JEB | Contact with parent: Reported Advocate's assessment | | 0.58<br>350.00/hr | 203.00 |
| 11/06/2003 RR | Draft update letter to team re: need for hearing date. | | 0.17<br>300.00/hr | 51.00 |
| RR | Draft letter to student hearing office re: need for new date. | | 0.50<br>300.00/hr | 150.00 |
| HR | Reviewed memo from attorney regarding letter requesting hearing that hasn't been scheduled, plus faxed it to SHO,OGC, Paul Dalton Esq. | | 0.33<br>95.00/hr | 31.35 |
| RR | Draf memo to legal assistant re: needing new date for hearing. | | 0.25<br>300.00/hr | 75.00 |
| 11/12/2003 RR | Read notice and memo to legal assistant re: hearing date and deadlines and contacting parent. | | 0.50<br>300.00/hr | 150.00 |
| 11/13/2003 HR | Reviewed memo from attorney regarding notice of hearing | | 0.25<br>95.00/hr | 23.75 |
| HR | Reviewed notice of hearing in preparation for sending status letter to parent | | 0.13<br>95.00/hr | 12.35 |
| HR | Draft letter to parent regarding notice of hearing | | 0.75<br>95.00/hr | 71.25 |
| 11/14/2003 HR | Draft memo to attorney and advocate regarding hearing notice and deadlines to meet. | | 0.25<br>95.00/hr | 23.75 |
| 11/18/2003 HR | Phone call to parent at home trying to arrange a pre hearing conference for the upcoming hearing scheduled for 12/9/03. (no answer) | | 0.07<br>95.00/hr | 6.65 |
| 11/21/2003 RR | Discussion with legal assistant re: contacting parent for status of psychiatric evaluation. | | 0.25<br>300.00/hr | 75.00 |

Robinson, DeAng

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/21/2003 | HR | Discussion with attorney regarding contacting parent regarding status of evaluation. | 0.25<br>95.00/hr | 23.75 |
| 11/26/2003 | HR | Attempted to contact parent regarding pre hearing conference. (no answer) | 0.05<br>95.00/hr | 4.75 |
| 12/01/2003 | RR | Phone call to former advocate M. Moody re: hearing. (left message) | 0.13<br>300.00/hr | 39.00 |
| | RR | Phone call to mother re: hearing and psychiatric. | 0.13<br>300.00/hr | 39.00 |
| 12/02/2003 | HR | Assisted attorney to prepare disclosure to DCPS | 1.50<br>95.00/hr | 142.50 |
| | RR | updated 5-day disclosure submission to DCPS | 1.50<br>300.00/hr | 450.00 |
| | RR | Pre-hearing conference with legal assistant re: disclosure submission. | 0.42<br>300.00/hr | 126.00 |
| | HR | Reviewed memo from attorney regarding disclosure documents | 0.42<br>95.00/hr | 39.90 |
| | HR | Pre hearing Conference with attorney | 0.33<br>95.00/hr | 31.35 |
| 12/03/2003 | HR | Prepared trail jacket for the upcoming hearing | 0.33<br>95.00/hr | 31.35 |
| 12/08/2003 | RR | Phone call to parent re: hearing and receipt of evaluation. | 0.33<br>300.00/hr | 99.00 |
| | RR | Prepared for Due Process Hearing by reviewing disclosures and drafting possible questions. | 1.50<br>300.00/hr | 450.00 |
| 12/09/2003 | JEB | File Review and sent letter to parent/student | 0.25<br>350.00/hr | 87.50 |
| | RR | Appearance to 825 North Capital for due process hearing. | 0.58<br>300.00/hr | 174.00 |
| 12/11/2003 | RR | Draft letter to student hearing officer with attached disclosures and prepare same for submission and cc: opposing attorneys by fax. | 1.00<br>300.00/hr | 300.00 |
| | CM | Discussion with the child's attorney re setting up MDT/IEP meeting | 0.25<br>150.00/hr | 37.50 |
| | RR | Discussion with advocate | 0.25<br>300.00/hr | 75.00 |

Robinson, DeAng                                                                                    Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/12/2003 | RR | Draft letter to P. Dalton re: IEP meeting and submitted same to Hearing Officer and DCPS attorney | 0.75 300.00/hr | 225.00 |
|  | CM | phone call to parent to set up IEP meeting. | 0.33 150.00/hr | 49.50 |
| 12/15/2003 | RR | Draft letter to parent re: IEP meeting. | 0.42 300.00/hr | 126.00 |
| 12/17/2003 | YA | Discussion with the child's attorney | 0.25 95.00/hr | 23.75 |
|  | RR | Discussion with legal assistant Y. Amaya re: contacting parent concerning meeting. | 0.25 300.00/hr | 75.00 |
| 12/30/2003 | RR | read hearing order and drafted letter to parent re: same. | 0.67 300.00/hr | 201.00 |
|  |  | For professional services rendered | 100.62 | $19,700.85 |

Additional Charges :

| Date | Item | Amount |
|---|---|---|
| 04/17/2002 | Postage | 0.34 |
| 04/29/2002 | Copying | 10.00 |
| 04/30/2002 | Postage | 0.34 |
| 05/30/2002 | Postage | 0.68 |
|  | Copying | 0.75 |
| 06/05/2002 | Facsimile | 30.00 |
| 07/16/2002 | Facsimile | 6.00 |
| 07/18/2002 | Postage | 0.37 |
| 10/03/2002 | Postage | 0.74 |
|  | Facsimile | 7.00 |
| 11/12/2002 | Copying | 1.50 |
| 11/13/2002 | Messenger Service to and from DCPS | 20.00 |
|  | Postage | 0.37 |
| 11/20/2002 | Sedan taxi service to and from DCPS | 16.00 |

Robinson, DeAng                                                    Page    14

                                                                   Amount

| Date | Description | Amount |
|---|---|---|
| 12/03/2002 | Postage; letter to parent | 0.37 |
| 12/10/2002 | Copied documents Case Status Letter to Parents | 0.25 |
| | Postage Case Status Letter to parent | 0.37 |
| 01/21/2003 | Postage | 0.37 |
| 02/26/2003 | Postage; letter to parent | 0.37 |
| 05/01/2003 | Postage | 0.37 |
| 09/03/2003 | Messenger Service to and from DCPS (Hearing Request) | 20.00 |
| | Postage; letter to parent re: HR and copies of IEP | 1.29 |
| | Copied documents for parent and advocate RE: Hearing request, IEP's and MDT notes | 18.25 |
| 09/08/2003 | Copied letter sent to Meridian PCS | 0.75 |
| | Postage; letter to Meridian School (certified return receipt) | 4.42 |
| 09/15/2003 | Copied documents; to Meridian PCS, notice of hearing | 1.00 |
| | Copied documents; letter to Meridian PCS | 0.75 |
| | Copied documents; letter to parent re: notice of hearing/letter to Meridian PCS | 0.75 |
| | Postage; Meridian PCS | 4.42 |
| | Postage; notice of hearing | 0.37 |
| 09/30/2003 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied documents; disclosures | 51.25 |
| 10/03/2003 | Facsimile; Response to motion for dismissal of DCPS for hearing | 3.00 |
| | Facsimile | 9.00 |
| 10/06/2003 | Copied documents; Letter to Hearing Officer re:motion to deny conference of hearing | 0.75 |
| | Facsimile; Motion | 2.00 |
| | Facsimile | 4.00 |
| | Copied documents; letter to parent re: letter to Hearing Officer | 0.75 |
| 10/07/2003 | Postage; letter to parent, Motion to deny cont. | 0.37 |

Robinson, DeAng

Page    15

| | | Amount |
|---|---|---|
| 10/20/2003 | Facsimile- Letter to Hearing Officer | 4.00 |
| | Postage; letter to hearing officer | 0.37 |
| | Messenger Service to and from DCPS (Letter to Linda Smalls) | 20.00 |
| | Copied documents | 0.75 |
| | Copied documents- Letter to hearing officer | 0.75 |
| | Copied documents- Letter to parent re: interim order/ hearing officer | 0.75 |
| | Facsimile | 39.00 |
| 11/06/2003 | Copied documents RE: letter sent to SHO | 0.75 |
| | Facsimile to SHO, OGC, and DCPS attorney RE: Scheduling hearing date | 6.00 |
| 11/07/2003 | Copied documents RE:Scheduling Hearing date | 0.75 |
| 11/13/2003 | Copied documents; hearing notice/letter | 1.50 |
| | Postage; letter to SHO to reschedule hearing | 0.37 |
| 12/02/2003 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied documents; 5 day | 34.00 |
| 12/09/2003 | Postage; letter to parent | 0.37 |
| 12/11/2003 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 12/12/2003 | Facsimile Received from DCPS: HOD | 5.00 |
| | Copied documents; HOD | 6.25 |
| 12/17/2003 | Postage; letter to parent | 0.37 |
| 12/30/2003 | Postage; letter to parent | 0.37 |
| 01/02/2004 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $497.54 |
| | Total amount of this bill | $20,198.39 |