UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELENA ROBINSON<br>parent and next friend of D.R., a minor<br>2620 13th Street, NW<br>Washington, D.C. 20009<br><br>          **Plaintiffs**<br>    v.<br><br>MERIDIAN P.C.S.<br>1338 Florida Avenue, NW<br>Washington, D.C. 20009<br><br>          **Defendant**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 1:06CV01456<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of defendant's Motion to Dismiss, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion be and the same is hereby GRANTED.

FURTHER ORDERED, that the plaintiff's complaint is dismissed with prejudice.


_____
Royce C. Lamberth
United States District Court Judge