IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELINA ROBINSON,<br>Parent and next of friend of D.R., a minor<br><br>    Plaintiffs<br><br>    v.<br><br>MERIDIAN P.C.S.<br><br>    Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 06-1456 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' OPPOSITION TO THE DEFENDANT'S
MOTION TO DISMISS OR IN THE ALTERNATIVE
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiffs, by and through their attorneys, Tilman L. Gerald, and James E. Brown & Associates, PLLC, hereby oppose the Defendant's Motion to Dismiss the Complaint or in the Alternative, Motion for Summary Judgment, filed herein against them by the Defendant for the reasons that are more specifically set forth in the Memorandum of Points and Authorities Submitted in Support of Their Opposition to the Motion to Dismiss or in the Alternative, Motion for Summary Judgment filed contemporaneously herewith and incorporated herein as though set forth in its entirety.

Respectfully submitted,

      /s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098 facsimile
***Attorneys for the Plaintiffs***